# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI H. LEVENSON<br><br>　　　　　Plaintiff<br>　　v.<br><br>JOSEPH S. SAPP, ET AL.<br><br>　　　　　Defendants. | CASE NO. 5:23-CV-00260-WLH-SHKx<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE [53]** |

Having considered the Stipulation signed by Plaintiff Terri H. Levenson, on one hand, and Defendants Joseph S. Sapp, Shellie Kretzschmar, SAS318 LLC, Murrieta Development CLJS LLC, and Murrieta Development II LLC (collectively, "Defendants"), on the other hand, and good cause appearing therefore,

**THE COURT HEREBY ORDERS AS FOLLOWS**:

1. The Stipulation filed as Docket #53 is APPROVED; and
2. This case is hereby dismissed with prejudice.

Dated: 3/27/2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE